CAROLINE TURCO, OSB #083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **MOBILITAS** as subrogee of Anderanik Manouki, and **MOBILITAS** as subrogee of Daniel Cortez,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF PORTLAND**,<br><br>Defendant. | Case No. 24-cv-00711<br><br>**NOTICE OF REMOVAL**<br><br>Multnomah County Circuit Court Case No. 24CV09906<br><br>DEMAND FOR JURY TRIAL |

**TO:   THE CLERK OF THE ABOVE-ENTITLED COURT**, as well as **PLAINTIFFS MOBILITAS** and **MOBILITAS**, and their attorney of record, Christina A. Ho of P.K. Schrieffer LLP

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant City of Portland ("Defendant") hereby removes to this United States District Court for the District of Oregon, Portland Division ("Federal Court") the state court case now pending in the Circuit Court of the State of Oregon for the County of Multnomah ("State Court"), known as *Mobilitas as subrogee of Anderanik Manouki, and Mobilitas as subrogee of Daniel Cortez vs. City of Portland,* MCCC Case No. 24CV09906 ("State Case").  This Notice of Removal is supported by the exhibits attached hereto and the statements made herein.

A.     **TIMELINESS OF REMOVAL**

1.     As demonstrated from the State Court's Register of Action ("ROA"), a true and accurate copy of which is attached hereto and incorporated herein as Exhibit 1, Plaintiffs Mobilitas

**Page 1** – **NOTICE OF REMOVAL**

and Mobilitas ("Plaintiffs") initiated the State Case by filing their Complaint with the State Court on February 27, 2024. Attached hereto and incorporated herein as <u>Exhibit 2</u> is a true and correct copy of Plaintiffs' Complaint. Plaintiffs served Defendant with their Summons and Complaint on March 28, 2024. Attached hereto and incorporated herein as <u>Exhibit 3</u> is a true and correct copy of Plaintiffs' Summons. Attached hereto and incorporated herein as <u>Exhibit 4</u> is a true and correct copy of Plaintiffs' Certificate of Service.

2. This Notice of Removal is timely filed with the Federal Court pursuant to 28 U.S.C. § 1446, which provides that "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based[.]" *See also* 28 U.S.C. § 1446(b)(2)(B) (stating that "[e]ach defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons . . . to file the notice of removal").

**B.    JURISDICTION OF THIS FEDERAL COURT**

1. This court has original jurisdiction to this case pursuant to 28 U.S.C. § 1332 and it may be removed by Defendant pursuant to the provisions of 28 U.S.C. § 1441, because this is a civil action between citizens of different states, and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

2. Plaintiffs are an insurance corporation located in the state of Arizona. (Ex. 2, ¶ 1).

3. Defendant is a municipal corporation located in the state of Oregon. (Ex. 2, ¶ 2).

**C.    REMOVAL TO THIS FEDERAL COURT IS PROPER**

1. Pursuant to 28 U.S.C. §§ 1441(a) and (b), and 1446(a), removal of the State Case to this Federal Court is appropriate and proper, and venue in this Federal Court is proper.

2. Pursuant to 28 U.S.C. § 1446(d), on April 26, 2024, a true and accurate copy of this Notice of Removal was served on Plaintiffs and the Clerk of the Court for the State Court.

///

///

**WHEREFORE**, Notice of Removal of Plaintiffs' action in the Multnomah County Circuit Court to this U.S. District Court for the District of Oregon is hereby given.

DATED: April 26, 2024		PORTLAND CITY ATTORNEY'S OFFICE

		*/s/ Caroline Turco*
		CAROLINE TURCO, OSB #083813
		Senior Deputy City Attorney
		caroline.turco@portlandoregon.gov
		*Of Attorneys for Defendant City of Portland*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2024, I served or caused to be served a true and correct copy of the foregoing **NOTICE OF REMOVAL** on the interested parties in this action as follows:

> Christina A. Ho, OSB #132138
> P.K. Schrieffer LLP
> 2005 SE 192nd Avenue, Suite 263
> Camas, WA 98607
> *Attorney for Plaintiffs*

☒ by **mail** in a sealed envelope, with postage fully prepaid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐ by **hand delivery.**

☐ by **facsimile transmission.**

☐ by **email**, based on an agreement of the parties to accept service by e-mail or electronic transmission.

☒ by **electronic service** via the Court's CM/ECF electronic filing system for registered users.

DATED: April 26, 2024

    */s/ Caroline Turco*
CAROLINE TURCO, OSB #083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
*Of Attorneys for Defendant City of Portland*

Page 4 – **NOTICE OF REMOVAL**